PHILLIP A. TALBERT
United States Attorney
DENNIS L LEWIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00048-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| HANNAH CHEYANNE LAFOND, | |
| Defendant. | DATE: May 30, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is set for a preliminary hearing on May 30, 2023. The parties agree and stipulate to continue the preliminary hearing until June 6, 2023, at 2:00 p.m. before the duty magistrate. Defense counsel has continued to be engaged in discussions and further investigation and needs additional time to conclude that process. Additionally, the parties are engaged in discussions and investigation of issues related to a possible pre-indictment resolution, as well as consultation with or seeking consultation with experts. There are complex factual and legal issues the parties are exploring and believe that additional time to conclude that process will be productive in moving the case forward.

If the case is continued, this Court should designate a new date for the preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on May 30, 2023.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **June 6, 2023, at 2:00 p.m.** and to exclude time between May 30, 2023, and June 6, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties are discussing and conducting further investigation into pre-indictment matters and need additional time to conclude.

    b) Counsel for defendant desires additional time to consult with his client, conduct further investigation, and further discuss charges with the government.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of May 30, 2023 to June 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an Indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated: May 24, 2023                                PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ Dennis L Lewis
                                                   Dennis L Lewis
                                                   Special Assistant United States
                                                   Attorney

Dated: May 24, 2023                                /s/ Erin Snider
                                                   Erin Snider
                                                   Counsel for Defendant
                                                   HANNAH CHEYANNE
                                                   LAFOND

**ORDER**

IT IS SO ORDERED.

DATED: 5/24/2023                                   *Sheila K. Oberto*
                                                   THE HONORABLE SHEILA K. OBERTO
                                                   UNITED STATES MAGISTRATE JUDGE